UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 06-34-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| GEORGE EDWARD PATRICK, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is pending for consideration of Defendant George Edward Patrick's motion to suppress. [Record No. 28] Having reviewed this motion along with the Magistrate Judge's Report and Recommendation, the Court concludes that the motion should be denied because the officers had probable cause to arrest the Defendant, and did not violate any legitimate expectation of privacy.

Defendant Patrick filed a motion to suppress all evidence seized on April 21 and 25, 2006, and June 22, 2006. [Record No. 28] Consistent with local practice, this matter was referred to United States Magistrate Judge J.B. Johnson Jr. for consideration pursuant to 28 U.S.C. § 636(b)(1)(B). Following a hearing on July 5, 2006, the Magistrate Judge filed his Report and Recommendation. [Record No. 40] Based on his review of the testimony and the applicable law governing the issues presented, the Magistrate Judge concluded that the motion should be denied. Counsel for both the United States and the Defendant indicated during the

pretrial conference held on this date that they would not be filing any objections to the Report and Recommendation.

Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's proposed findings of fact and recommendations to which objection is made, 28 U.S.C. § 636(b)(1)(c), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections with the Court to a Magistrate Judge's proposed findings of fact and recommendation waives the right to appeal. *See Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986).

Nevertheless, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's Report and Recommendation. At the time of arrest, Trooper Howard had sufficient probable cause to arrest Mr. Patrick for public intoxication based on "the facts available to him at the time." *Docksteader v. Commonwealth*, 802 S.W.2d 149, 150 (Ky. App. 1991). Similarly, Trooper Howard's search of the "open field" did not violate any legitimate expectation of privacy where the gun was located outside the curtilage of Mr. Patrick's house. *Oliver v. United States*, 466 U.S. 170 (1984)

Accordingly, it is hereby **ORDERED** as follows:

(1)  The Magistrate Judge's Report and Recommendation [Record No. 40] is **ADOPTED** and **INCORPORATED** herein by reference;

(2)  The Defendant's motion to suppress is **DENIED**.  [Record No. 28]

This 10th day of July, 2006.



Signed By:
*Danny C. Reeves* DCR
United States District Judge